UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BENJAMIN ANDREW LAIGO, III, <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY, et al., <br><br> Defendants. | CASE NO. C16-1541-TSZ-MAT <br><br> ORDER RE: MOTION FOR EXTENSION OF TIME |

Plaintiff Benjamin Laigo proceeds *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed a Motion for Extension of Time seeking a ninety-day extension of the discovery and dispositive motion deadlines. (Dkt. 28.) He bases this request on a delay in receipt of his legal materials while he was housed in the receiving unit at the Washington Correctional Complex, pending his transfer to Coyote Ridge Correctional Complex. Plaintiff requests an extension of the discovery deadline from April 5, 2017 to July 5, 2017, and the dispositive motion deadline from May 5, 2017 to August 5, 2017. The Court, having considered the request, the responses of defendants, and the remainder of the record, finds and concludes as follows:

(1) Defendant Dr. Sagi opposes plaintiff's request. (Dkt. 29.) Dr. Sagi notes his

ORDER
PAGE - 1

Motion for Summary Judgment was noted for consideration on December 30, 2016 (*see* Dkt. 23), when plaintiff was housed at the King County Jail, and that the request for an extension addresses a time period months after that noting date. The Court subsequently renoted Dr. Sagi's dispositive motion for consideration on March 3, 2017, to allow plaintiff additional time to respond, and extended the original discovery and dispositive motion deadlines by three months. (Dkt. 27.) As the undersigned recently stated in recommending plaintiff's claims against Dr. Sagi be dismissed, a continuance of Dr. Sagi's motion was not appropriate given that plaintiff had ample time, even allowing for his transfers between facilities, to file a response. (Dkt. 31 at 2, n.1.) Accordingly, to the extent plaintiff here seeks an extension of deadlines in relation to defendant Dr. Sagi, the Motion for an Extension of Time (Dkt. 28) is DENIED.

(2) The King County defendants concede documents attached to plaintiff's request appear to verify his claim of lost paperwork. (Dkt. 30.) The King County defendants, as such, have no objection to a reasonable extension of sixty days to account for plaintiff's transfer. The Court agrees with defendants that a second, sixty-day extension of time is appropriate. Plaintiff's Motion for an Extension of Time (Dkt. 28) is GRANTED in part, and the discovery and dispositive motion deadlines extended an additional two months. As related to all remaining defendants other than Dr. Sagi, the discovery deadline is hereby extended to **May 31, 2017**, and the dispositive motion filing deadline is extended to **June 30, 2017**.

(3) The Clerk is directed to send copies of this Order to the parties and to the Hon. Thomas S. Zilly.

Dated this 20th day of April, 2017.

Mary Alice Theiler
United States Magistrate Judge