UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN ANDREW LAIGO, III,

                Plaintiff,

    v.

KING COUNTY, *et al.*,

               Defendants.

Case No. C16-1541-TSZ-MAT

ORDER GRANTING DEFENDANT SAGI'S MOTION FOR SUMMARY JUDGMENT

The Court, having reviewed the Report and Recommendation of the Honorable Mary Alice Theiler, United States Magistrate Judge, docket no. 31, to which no objection was timely filed, hereby finds and ORDERS:

(1) The Report and Recommendation is APPROVED and ADOPTED;

(2) Defendant Henry C. Sagi, M.D.'s motion for summary judgment, docket no. 23, is GRANTED;

(3) Plaintiff's claims against defendant Sagi are DISMISSED with prejudice; and

ORDER GRANTING DEFENDANT SAGI'S
MOTION FOR SUMMARY JUDGMENT - 1

1  (4) The Clerk is DIRECTED to send copies of this Order to plaintiff pro se, to counsel for defendants, and to Magistrate Judge Theiler.

DATED this 25th day of May, 2017.

*Thomas S. Zilly*
Thomas S. Zilly
United States District Judge