UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN ANDREW LAIGO, III,

                Plaintiff,

v.

KING COUNTY, et al.,

                Defendants.

CASE NO. C16-1541-TSZ-MAT

MINUTE ORDER

The following Minute Order is made at the direction of the Court, the Hon. Mary Alice Theiler, United States Magistrate Judge:

The attachment to the Declaration of Kimberly Frederick filed by Defendant King County (Dkt. 49-1) contains information identifying and portraying a crime victim. The Court directs the Clerk to STRIKE and SEAL the attachment, and directs King County to submit a redacted copy omitting images of or information regarding the victim and witnesses.

DATED this 7th day of July, 2017.

                              WILLIAM M. MCCOOL, Clerk

                              By:  s/ Sharita Tolliver
                                      Deputy Clerk

MINUTE ORDER
PAGE - 1