UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN ANDREW LAIGO,

                Plaintiff,

    v.

KING COUNTY, et al.,

                Defendants.

CASE NO. C16-1541-TSZ-MAT

ORDER DENYING PLAINTIFF'S MOTION FOR SERVICE BY MARSHALS

Plaintiff, proceeding *pro se* and *in forma pauperis* in this 42 U.S.C. § 1983 civil rights action, filed a motion requesting personal service of his amended complaint on defendants by U.S. Marshals. (Dkt. 129.) Defendants oppose the motion. (Dkt. 131.) Having considered plaintiff's motion, defendants' response, and the remainder of the record, the Court herein finds and ORDERS as follows:

    (1)    Plaintiff's request for service by U.S. Marshals (Dkt. 129) is DENIED as moot. Counsel has appeared on behalf of King County and all of the individually named defendants, and each individual defendant timely filed a waiver of service. (Dkts. 89-128.) Because all defendants have been properly served, there is no need for personal service by U.S. Marshals.

ORDER
PAGE - 1

(2) The Clerk is directed to send copies of this Order to plaintiff, to counsel for defendants, and to the Hon. Thomas S. Zilly.

DATED this 10th day of April, 2018.

*Mary Alice Theiler*
Mary Alice Theiler
United States Magistrate Judge

ORDER
PAGE - 2