UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN ANDREW LAIGO, III,

        Plaintiff,

v.

KING COUNTY, et al.,

        Defendants.

CASE NO. C16-1541-TSZ-MAT

ORDER RE: DISPOSITIVE MOTIONS

Plaintiff Benjamin Laigo proceeds pro se and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983. The Court, having considered two pending motions (Dkts. 150, 153), finds and concludes as follows:

(1) Defendants filed a motion to extend the October 1, 2018 dispositive motion deadline. (Dkt. 150.) They seek an extension to December 1, 2018, noting the large number of individual defendants added to this matter in plaintiff's amended complaint, the need to consult with those individuals with regard to dispositive motions, and obligations of defense counsel in other cases. Defendants also note that, while plaintiff has been granted numerous extensions in this matter, this is the first extension requested by defendants. The Court, finding the request for

ORDER
PAGE - 1

an extension reasonable, herein GRANTS defendants' motion. (*Id*.) Any dispositive motions in this matter shall be filed and served on or before **December 1, 2018**.

(2) Plaintiff filed a "Motion to include additional evidence in opposition to [defendants'] Summary Judgment and opposition to claim." (Dkt. 152.) The motion is accompanied by over 100 pages of exhibits. (Dkt. 152-1 & Dkt. 153 (redacted version).) Because there is no dispositive motion pending, plaintiff's motion (Dkt. 152) is DENIED as unnecessary. However, plaintiff is advised that the exhibits remain available on the docket and may be referred to by plaintiff in any opposition to a dispositive motion filed by defendants in the future.

(2) The Clerk is directed to send copies of this Order to the parties and to the Hon. Thomas S. Zilly.

Dated this 10th day of October, 2018.

Mary Alice Theiler
United States Magistrate Judge