UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BENJAMIN ANDREW LAIGO, III,

    Plaintiff,

v.

KING COUNTY, et al.,

    Defendants.

C16-1541 TSZ

ORDER

THIS MATTER comes before the Court on the Report and Recommendation ("R&R"), docket no. 163, of the Honorable Mary Alice Theiler, United States Magistrate Judge. Having reviewed the R&R, plaintiff's objections thereto, docket no. 164, defendants' response to plaintiff's objections, docket no. 165, and plaintiff's reply to defendants' response, docket no. 166, the Court enters the following order.

**<u>Discussion</u>**

By Order entered December 5, 2017, docket no. 76, the Court granted leave to plaintiff to amend his pleadings. Plaintiff timely filed an amended complaint, <u>see</u> docket nos. 78 and 79, and approximately ten months later, defendants moved for summary judgment, docket no. 155. As required by Order entered October 13, 2016, docket no. 5,

defendants served on plaintiff, concurrently with their motion for summary judgment, a notice consistent with *Rand v. Rowland*, 154 F.3d 952, 962-63 (9th Cir. 1998). *See* Notice - Warning to Plaintiff (docket no. 156). Plaintiff filed no response to defendants' motion for summary judgment, and the R&R recommends that defendants' motion be granted.

In his objections and his reply, plaintiff contends that defendants' motion for summary judgment is procedurally improper because it is "simply a copy" of an earlier motion for summary judgment that was stricken. Plaintiff's objection lacks merit. When the Court granted plaintiff leave to amend his pleadings, a previous motion for summary judgment brought by King County, when it was the only non-fictitious (*i.e.*, non-Doe) defendant, was stricken, but *without* prejudice to refiling the motion after any amended complaint was filed. *See* Order at 4, ¶ 3 (docket no. 76). King County is now only one of several *named* defendants, and all defendants have timely sought summary judgment. *See* Order (docket no. 154) (extending the dispositive motion filing deadline). The matter is ripe for the Court's review.

**Conclusion**

Having reviewed the thorough and well-reasoned R&R, and carefully considered plaintiff's objections to the R&R and his reply to defendants' response to his objections, the Court ORDERS as follows:

(1) The R&R is ADOPTED;

(2) Defendants' motion for summary judgment, docket no. 155, is GRANTED;

(3) Plaintiff's claims and his Amended Complaint, docket nos. 78 and 79, are DISMISSED with prejudice;

(4) Plaintiff's request to set this matter for trial, <u>see</u> Pla.'s Obj. at 7 (docket no. 164); Pla's Reply at 7 (docket no. 166), is DENIED; and

(5) The Clerk is DIRECTED to enter judgment consistent with this Order and to send a copy of this Order and the judgment to all counsel of record, plaintiff pro se, and Magistrate Judge Theiler.

IT IS SO ORDERED.

Dated this 16th day of May, 2019.

_____
Thomas S. Zilly
United States District Judge